# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For **Revocation of Supervised Release**) |
|---|---|
| v. | Case Number:  12-cr-00330-PAB-01 |
| TERRANCE LEE KING | USM Number:  38766-013<br>Timothy O'Hara, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 7, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 10/23/14 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The government has withdrawn violations 8 and 9.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

January 29, 2015
Date of Imposition of Judgment

s/Philip A. Brimmer
Signature of Judge

Philip A. Brimmer, U.S. District Judge
Name & Title of Judge

February 3, 2015
Date

DEFENDANT: TERRANCE LEE KING
CASE NUMBER: 12-cr-00330-PAB-01
Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Use of Alcohol | 10/23/14 |
| 3 | Failure to Report Arrest/Questioning by a Law Enforcement Officer | 12/04/14 |
| 4 | Failure to Participate in Drug Treatment as Directed | 11/02/14 |
| 5 | Use of Alcohol | 11/02/14 |
| 6 | Use of Alcohol | 12/04/14 |
| 7 | Failure to Reside In/Comply with the Residential Reentry Center (RRC) | 12/08/14 |

DEFENDANT:  TERRANCE LEE KING
CASE NUMBER:  12-cr-00330-PAB-01

Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months.

The Court recommends that the Bureau of Prisons credit the defendant for 48 days pre-confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal